**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ROTHSCHILD LOCATION TECHNOLOGIES LLC,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**MOTOROLA SOLUTIONS, INC.,**<br><br>                    Defendant. | **Civil Action No. 6:15-cv-244**<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Rothschild Location Technologies LLC ("Rothschild") and Defendant Motorola Solutions, Inc. ("Motorola") file this Joint Stipulation of Dismissal under Fed. R. Civ. P. 41(a). Rothschild and Motorola stipulate that:

1. Rothschild consents to dismissal with prejudice of all of its claims against Motorola in this suit;

2. Motorola consents to dismissal with prejudice of its counterclaim of non-infringement against Rothschild;

3. Motorola consents to dismissal without prejudice of its counterclaim of invalidity against Rothschild;

4. Rothschild and Motorola shall each bear their own attorney fees and costs incurred in connection with this action.

DATED November 5, 2015.               Respectfully submitted,

By: */s/ Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V

Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. Gibbens
Texas Bar No. 24082185
kgibbens@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF
ROTHSCHILD LOCATION
TECHNOLOGIES LLC**

*/s/ Michael E. Jones*
Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
110 N College Avenue, Ste. 500
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEY FOR DEFENDANT
MOTOROLA SOLUTIONS, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Stevenson Moore*
Stevenson Moore