**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ROTHSCHILD LOCATION TECHNOLOGIES LLC | § § § |
| v. | §  CASE NO. 6:15cv244-RWS-JDL |
| | § |
| MOTOROLA SOLUTIONS, INC. | § § |

## FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal, the Court hereby enters Final Judgment. Plaintiff Rothschild Location Technologies LLC, filed suit against Motorola Solutions, Inc. on March 20, 2015. Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 9th day of November, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE